UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

K.G.,

        Plaintiff,

   v.

MARTIN O'MALLEY,

        Defendant.

Case No. 23-cv-04017-VKD

**JUDGMENT**

Re: Dkt. No. 15

On September 30, 2024, the Court issued an order granting in part and denying in part plaintiff K.G.'s request for reversal of the ALJ's decision and remand for an award of benefits and granting in part and denying in part the Commissioner's cross-motion for summary judgment. *See* Dkt. No. 15. In accordance with that order, the Commissioner's final decision is remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment under Federal Rule of Civil Procedure 58. The Clerk of Court shall close the file in this matter.

    **IT IS SO ORDERED.**

Dated: September 30, 2024

Virginia K. DeMarchi
United States Magistrate Judge